Amy Edwards, OSB No. 012492
amy.edwards@stoel.com
Crystal S. Chase, OSB No. 093104
crystal.chase@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

    Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JAMES KINNEE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., an Utah corporation,<br><br>    Defendant. | Case No.: 3:17-cv-01320-MO<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

**LOCAL RULE 7.1(a) COMPLIANCE**

Pursuant to Local Rule 7.1(a), counsel for Defendant Select Portfolio Servicing, Inc. ("SPS") states that counsel for SPS conferred with Jeff Long, counsel for Plaintiff, and that Plaintiff does not oppose this motion.

Page 1  -  UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

94410612.1 0052161-05150

## UNOPPOSED MOTION

SPS hereby moves for a two-week extension of time to respond to Plaintiffs' Complaint from October 16, 2017 to October 30, 2017.  This is SPS' first request for an extension of time to respond to the Complaint.  Additional time is needed for counsel to prepare an answer or otherwise respond to the Complaint due to other commitments of SPS's counsel and because the parties have been exploring whether resolution via settlement would be possible prior to filing of a response to the Complaint.  Counsel for Plaintiff advises that Plaintiff does not oppose the requested extension of time.

Accordingly, SPS respectfully requests that the Court grant an extension of time to October 30, 2017 for SPS to answer or otherwise respond to Plaintiffs' Complaint.

DATED:  October 12, 2017.

STOEL RIVES LLP


*s/ Crystal S. Chase*
AMY EDWARDS, OSB No. 012492
amy.edwards@stoel.com
CRYSTAL S. CHASE, OSB No. 093104
crystal.chase@stoel.com
Telephone:  503.224.3380

Attorneys for Defendant