Amy Edwards, OSB No. 012492
amy.edwards@stoel.com
Crystal S. Chase, OSB No. 093104
crystal.chase@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

    Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| JAMES KINNEE, an individual, | Case No.: 3:17-cv-01320-MO |
| Plaintiff, | DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S CORPORATE DISCLOSURE STATEMENT |
| v. | |
| SELECT PORTFOLIO SERVICING, INC., an Utah corporation, | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Select Portfolio Servicing, Inc. ("SPS") hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1(a):

Select Portfolio Servicing, Inc. is a corporation organized under the laws of the State of Utah. It is a wholly-owned subsidiary of SPS Holding Corp., which is organized under the laws of the State of Delaware and is not a publicly traded corporation. SPS Holding Corp. is wholly

Page 1  -  DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S CORPORATE DISCLOSURE STATEMENT

94410663.1 0052161-05150

owned by Credit Suisse (USA), Inc., which is organized under the laws of the State of Delaware and is not a publicly traded corporation.

DATED: October 12, 2017.

STOEL RIVES LLP

*s/ Crystal S. Chase*
AMY EDWARDS, OSB No. 012492
amy.edwards@stoel.com
CRYSTAL S. CHASE, OSB No. 093104
crystal.chase@stoel.com
Telephone: 503.224.3380

Attorneys for Defendant

Page 2 - DEFENDANT SELECT PORTFOLIO SERVICING, INC.'S CORPORATE DISCLOSURE STATEMENT