Jeffrey A. Long, OSB No. 862350 (Lead Counsel)
Marc E. Dann, Ohio Bar No. 0039425 (*Pro Hac Vice*)
**OREGON CONSUMER LAW CENTER**
4248 Galewood St.
Lake Oswego, OR 97035
Telephone: (503) 374-9777
Facsimile: (503) 822-6727
E-mail:jefflonglawyer@gmail.com
         mdann@dannlaw.com
         notices@dannlaw.com
*Of Attorneys for Plaintiff James Kinnee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JAMES KINNEE,** an individual<br><br>                    Plaintiff,<br>v.<br><br>**SELECT PORTFOLIO SERVICING, INC.,** an Utah corporation<br><br>                    Defendant. | Case No. 3:17-cv-01320-MO<br><br>ORDER FOR DISMISSAL<br><br>*Assigned to: Hon. Michael W. Mosman* |

      Based on the Stipulated Motion to Dismiss Case With Prejudice filed by plaintiff James Kinnee and defendant Select Portfolio Servicing on April 30, 2018,

      IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and without costs, disbursements, or attorney fees being awarded to any party; (2) pending motions, if any, are DENIED as moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

      DATED: This 8th day of May, 2018.

                                                              _____
                                                              Judge Michael W. Mosman

Page 1 of 1 — Order for Dismissal                                             OREGON CONSUMER LAW CENTER
                                                                                     4248 Galewood St., Lake Oswego OR 97035
                                                                                     Phone: (503) 374-9777 Fax: (503) 822-6727
                                                                                                        jefflonglawyer@gmail.com